1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                          Plaintiff,

        v.

TOAN PHOUNG NGHE,

                          Defendant.

NO.  CR12-331-JCC

DETENTION ORDER

Offense charged:

        Count 1:        Felon in Possession of Firearms as an Armed Career Criminal, in
                        violation of 18 U.S.C. §§ 922(g)(1) and 924(e)

Date of Detention Hearing:  November 2, 2012

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.        Defendant has stipulated to detention, but reserves the right to contest his

continued detention if there is a change in circumstances.

        2.        There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the safety of the

community.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the
        Attorney General for confinement in a correction facility separate, to the extent
        practicable, from persons awaiting or serving sentences or being held in custody
        pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with
        counsel;

(3)     On order of a court of the United States or on request of an attorney for the
        government, the person in charge of the corrections facility in which defendant
        is confined shall deliver the defendant to a United States Marshal for the
        purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to
        counsel for the defendant, to the United States Marshal, and to the United States
        Pretrial Services Officer.

DATED this 5th day of November, 2012.

James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2